```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 09999
    VICTOR WILLIAMS
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-5969


-----------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
    The case was filed on 06/04/2007 and was not confirmed.

    The case was dismissed without confirmation 09/20/2007.
-----------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
-----------------------------------------------------------------------------
AMC MORTGAGE SERVICES    CURRENT MORTG         .00           .00            .00
AMC MORTGAGE SERVICES    UNSECURED       NOT FILED           .00            .00
FIRST FRANKLIN LOAN      CURRENT MORTG         .00           .00            .00
FIRST FRANKLIN LOAN      MORTGAGE ARRE   12442.00            .00            .00
WILSHIRE CREDIT CORPORAT CURRENT MORTG         .00           .00            .00
WILSHIRE CREDIT CORPORAT MORTGAGE ARRE   37298.00            .00            .00
WILSHIRE CREDIT CORPORAT UNSECURED       NOT FILED           .00            .00
CITY OF CHICAGO WATER DE SECURED               .00           .00            .00
CITY OF CHICAGO WATER DE UNSECURED       NOT FILED           .00            .00
CITY OF CHICAGO WATER DE SECURED          450.00             .00            .00
SALLIE MAE GUARANTEE SER UNSECURED       9470.23             .00            .00
AMC MORTGAGE SERVICES    SECURED NOT I    299.09             .00            .00
LEGAL REMEDIES CHARTERED DEBTOR ATTY           .00                          .00
TOM VAUGHN               TRUSTEE                                            .00
DEBTOR REFUND            REFUND                                          740.00

          Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE              740.00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                 740.00
                    ---------------      ---------------
TOTALS               740.00                   740.00



              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 09999 VICTOR WILLIAMS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 12/27/07 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |